**Entered on Docket**
**December 16, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association as Trustee for Credit Suisse First Boston 2005-8
09-77178

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-25003-LBR |
| Everett Daulton and Jean L. Daulton | Date:  11/17/09<br>Time: 10:30am |
| Debtors. | Chapter 7 |

1

## ORDER VACATING AUTOMATIC STAY

2

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

3

the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all

4

purposes as to Secured Creditor U.S. Bank National Association as Trustee for Credit Suisse

5

First Boston 2005-8, its assignees and/or successors in interest, of the subject property,

6

7

generally described as 2127 King Mesa Drive, Henderson, NV 89012, and legally described as

8

follows:

9

10

       LOT TWO HUNDRED THIRTY-ONE (231) IN BLOCK THREE (3) OF FINAL MAP
OF SUN CITY MACDONALD RANCH UNIT 8, AS SHOWN BY MAP THEREOF
ON FILE IN BOOK 82 OF PLATS, PAGE 22, IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY NEVADA AND AMENDED BY CERTIFICATE
OF AMENDMENT RECORDED DECEMBER 30, 1997 IN BOOK 971230 OF
OFFICIAL RECORDS, AS DOCUMENT NO. 02076, CLARK COUNTY, NEVADA
RECORDS.

11

12

13

14

       **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured**

15

**Creditor shall give Debtors and Trustee at least five business days' notice of the time, place**

16

**and date of sale.**

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

///

1    IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against

2    this particular property prior to July 1, 2009, the Debtors can promptly submit a copy of this

3    Order to the State of Nevada, Foreclosure Mediation Program and the Order will be construed as

4    an agreement between the Secured Creditor and Debtors that they have voluntarily agreed to a

5    mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said

6    program.  The necessary information can be accessed at "http://www.nevadajudiciary.us".

7                DATED this 8th day of December 2009

8    Submitted by:

9    **WILDE & ASSOCIATES**

10   By: /s/ Gregory L. Wilde, Esq
     **Gregory L. Wilde, Esq.**
11   Attorney for Secured Creditor
     208 South Jones Boulevard
12   Las Vegas, Nevada 89107

13

     APPROVED / DISAPPROVED
14

15   By:_____
     Kevin R. Hansen
16   9525 Hillwood Drive, Suite 100
     Las Vegas, NV 89107
17   Attorney for Debtor(s)

18   APPROVED / DISAPPROVED

19   By:_____
     Yvette Weinstein
20   6450 Spring Mtn. Rd. #14
     Las Vegas, NV  89146
21   Chapter 7 Trustee

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

___✓___  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
            unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
            and each has approved or disapproved the order, or failed to respond, as indicated below
            (list each party and whether the party has approved, disapproved, or failed to respond to the
            document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or     __✓__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or     __✓__ failed to respond to the document

Other Party:_____

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or     _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

       this proposed order were transmitted to Debtor's counsel and appointed trustee to which

       they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor